Certificate Number: 03088-PAE-DE-026843117

Bankruptcy Case Number: 15-17662



03088-PAE-DE-026843117

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 24, 2016, at 8:46 o'clock AM CST, Stephanie A Rees completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 24, 2016          By:    /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor